447 A.2d 668

Stine, Appellant v. Cross.

Stine, Appellant v. Township of Swatara, et al.
Petition for Allowance of Appeal Denied Oct. 8, 1982.

 Argued December 1, 1981. David J. Foster, for appellant; Dianne Anderson, for Cross, appellee (at No. 146); John Stephen Feinour, for Township of Swatara, appellee (at No. 147).

Before BROSKY, WIEAND and MONTEMURO, JJ.

Orders affirmed.

---

447 A.2d 668

University of Pittsburgh v. Singer, Appellant.

 Argued February 10, 1982. Howard R. Singer, for appellant; Eric Andrew Schaffer, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.